Karyn M. Taylor, Esq.
Nevada Bar No. 6142
Dominika Batten, Esq.
Nevada Bar No. 12258
LITTLER MENDELSON, P.C.
200 S. Virginia Street, 8th Floor
Reno, Nevada 89501.1944
Telephone:   775.348.4888
Facsimile:    775.786.0127
kmtaylor@littler.com
dbatten@littler.com

Attorneys for Defendant
CHEWY, INC.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ANNA ROMEO , <br><br>        Plaintiff, <br><br>    v. <br><br>CHEWY, INC., a Delaware corporation; JOHN ROBBY, an individual, <br><br>        Defendants. | Case No. 3:26-cv-00036-ART-CLB <br><br>**ORDER GRANTING STIPULATION FOR AN EXTENSION OF TIME TO FILE RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT** <br><br>[ECF No. 6] |

Plaintiff Anna Romeo and Defendant Chewy, Inc. ("Chewy") hereby agree and stipulate to extend the time for Chewy to file a response to the Complaint from the current deadline of February 23, 2026, up to and including **March 16, 2026.**

This is the first request for an extension of time to respond to the Complaint.  The requested extension is necessary in light of the fact that counsel for Chewy is still investigating the factual allegations in the Complaint.

/ / /


/ / /

LITTLER
MENDELSON, P.C.
200 S. Virginia Street
8th Floor
Reno, NV 89501.1944
775.348.4888

This stipulation is made in good faith and not for the purpose of delay.

Dated: February 18, 2026                    Dated:  February 18, 2026

Respectfully submitted,                     Respectfully submitted,


/s/ Marian L. Massey                        /s/ Dominika J. Batten
Jemma E. Dunn, Esq.                         Karyn M. Taylor, Esq.
Matthew T. Hale, Esq.                       Dominika J. Batten, Esq.
Marian L. Massey, Esq.                      LITTLER MENDELSON, P.C.
GREENBERG GROSS LLP
                                            Attorney for Defendant
Attorneys for Plaintiff                     CHEWY, INC.
ANNA ROMEO


                                            **IT IS SO ORDERED.**



                                            _____
                                            UNITED STATES MAGISTRATE JUDGE

                                            Dated:  February 18, 2026

4918-0838-2608.1 / 112003.1218

LITTLER
MENDELSON, P.C.
200 S. Virginia Street
8th Floor
Reno, NV 89501.1944
775.348.4888

2