Karyn M. Taylor, Esq.
Nevada Bar No. 6142
Dominika Batten, Esq.
Nevada Bar No. 12258
LITTLER MENDELSON, P.C.
200 S. Virginia Street, 8th Floor
Reno, Nevada 89501.1944
Telephone:  775.348.4888
Facsimile:    775.786.0127
kmtaylor@littler.com
dbatten@littler.com

Attorneys for Defendant
CHEWY, INC.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ANNA ROMEO , <br><br> Plaintiff, <br><br> v. <br><br> CHEWY, INC., a Delaware corporation; JOHN ROBBY, an individual, <br><br> Defendants. | Case No. 3:26-cv-00036-ART-CLB <br><br> **ORDER GRANTING STIPULATION FOR AN EXTENSION OF TIME TO FILE RESPONSIVE PLEADING TO PLAINTIFF'S AMENDED COMPLAINT** <br><br> **[FIRST REQUEST]** |

Plaintiff Anna Romeo and Defendant Chewy, Inc. ("Chewy") hereby agree and stipulate to extend the time for Chewy to file a response to the Amended Complaint from the current deadline of April 9, 2026, up to and including **April 24, 2026.**

This is the first request for an extension of time to respond to the Amended Complaint.  The requested extension is necessary in light of the fact that counsel for Chewy is still investigating the factual allegations in the Amended Complaint.

/ / /


/ / /

LITTLER
MENDELSON, P.C.
200 S. Virginia Street
8th Floor
Reno, NV 89501.1944
775.348.4888

This stipulation is made in good faith and not for the purpose of delay.

Dated: April 6, 2026

Respectfully submitted,


/s/ Marian L. Massey
Jemma E. Dunn, Esq.
Matthew T. Hale, Esq.
Marian L. Massey, Esq.
GREENBERG GROSS LLP

Attorneys for Plaintiff
ANNA ROMEO

Dated:  April 6, 2026

Respectfully submitted,


/s/ Dominika J. Batten
Karyn M. Taylor, Esq.
Dominika J. Batten, Esq.
LITTLER MENDELSON, P.C.

Attorney for Defendant
CHEWY, INC.


**IT IS SO ORDERED.**


_____
UNITED STATES MAGISTRATE JUDGE

Dated:  April 7, 2026.

4899-7200-6814.1 / 112003.1218

LITTLER
MENDELSON, P.C.
200 S. Virginia Street
8th Floor
Reno, NV 89501.1944
775.348.4888

2