UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ANNA ROMEO , <br><br> Plaintiff, <br><br> v. <br><br> CHEWY, INC., a Delaware corporation; JOHN ROBBY, an individual, <br><br> Defendants. | Case No. 3:26-cv-00036-ART-CLB <br><br> **ORDER GRANTING** <br><br> **STIPULATION FOR AN EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS** <br><br> **[FIRST REQUEST]** |

Plaintiff Anna Romeo and Defendant Chewy, Inc. ("Chewy") hereby agree and stipulate to extend the time for Chewy to file a reply in support of their Motion to Dismiss from the current deadline of May 15, 2026, up to and including **May 26, 2026.**

This is the first request for an extension of time to file the reply.  The requested extension is necessary is due to counsel for Chewy's competing briefing and case management deadlines in other matters during the same time period

/ / /

/ / /

LITTLER
MENDELSON, P.C.
200 S. Virginia Street
8th Floor
Reno, NV 89501.1944
775.348.4888

This stipulation is made in good faith and not for the purpose of delay.

Dated: May 12, 2026

Respectfully submitted,

/s/ Marian L. Massey
Jemma E. Dunn, Esq.
Matthew T. Hale, Esq.
Marian L. Massey, Esq.
GREENBERG GROSS LLP

Attorneys for Plaintiff
ANNA ROMEO

4917-9007-3258.1 / 112003.1218

Dated:  May 12, 2026

Respectfully submitted,

/s/ Dominika J. Batten
Karyn M. Taylor, Esq.
Dominika J. Batten, Esq.
LITTLER MENDELSON, P.C.

Attorney for Defendant
CHEWY, INC.

**IT IS SO ORDERED.**

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

Dated: May 14, 2026

LITTLER
MENDELSON, P.C.
200 S. Virginia Street
8th Floor
Reno, NV 89501.1944
775.348.4888

2