UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ANNA ROMEO , | Case No. 3:26-cv-00036-ART-CLB |
| Plaintiff, | **ORDER GRANTING** |
| v. | **STIPULATION FOR AN EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS** |
| CHEWY, INC., a Delaware corporation; JOHN ROBBY, an individual, | |
| Defendants. | **[SECOND REQUEST]** |

Plaintiff Anna Romeo and Defendant Chewy, Inc. ("Chewy") hereby agree and stipulate to extend the time for Chewy to file a reply in support of their Motion to Dismiss from the current deadline of May 26, 2026, up to and including **June 5, 2026.**

This is the second request for an extension of time to file the reply. The requested extension is necessary due to counsel for Chewy's competing briefing and case management deadlines in other matters, as well as preparation for the upcoming Early Neutral Evaluation and related filings.

/ / /

/ / /

LITTLER
MENDELSON, P.C.
200 S. Virginia Street
8th Floor
Reno, NV 89501.1944
775.348.4888

This stipulation is made in good faith and not for the purpose of delay.

Dated: May 22, 2026

Respectfully submitted,


/s/ Marian L. Massey
Jemma E. Dunn, Esq.
Matthew T. Hale, Esq.
Marian L. Massey, Esq.
GREENBERG GROSS LLP

Attorneys for Plaintiff
ANNA ROMEO

Dated:  May 22, 2026

Respectfully submitted,


/s/ Dominika J. Batten
Karyn M. Taylor, Esq.
Dominika J. Batten, Esq.
LITTLER MENDELSON, P.C.

Attorney for Defendant
CHEWY, INC.


**IT IS SO ORDERED.**



Anne R. Traum
United States District Judge

4924-9823-4030.1 / 112003.1218

Dated:  May 26, 2026

LITTLER
MENDELSON, P.C.
200 S. Virginia Street
8th Floor
Reno, NV 89501.1944
775.348.4888