Karyn M. Taylor, Esq.
Nevada Bar No. 6142
Dominika Batten, Esq.
Nevada Bar No. 12258
LITTLER MENDELSON, P.C.
200 S. Virginia Street, 8th Floor
Reno, Nevada 89501.1944
Telephone:   775.348.4888
Facsimile:    775.786.0127
kmtaylor@littler.com
dbatten@littler.com

Attorneys for Defendant
CHEWY, INC.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ANNA ROMEO,<br><br>           Plaintiff,<br><br>     v.<br><br>CHEWY, INC., a Delaware corporation;<br>JOHN ROBBY, an individual,<br><br>           Defendants. | Case No. 3:26-cv-00036-ART-CLB<br><br>**ORDER APPROVING STIPULATION<br>AND  ORDER TO CONTINUE THE<br>EARLY NEUTRAL EVALUATION**<br><br>**[FIRST REQUEST]** |

Plaintiff Anna Romeo and Defendant Chewy, Inc. ("Chewy") through their counsel, hereby stipulate and agree to vacate the date for the Early Neutral Evaluation ("ENE") Session presently scheduled for May 28, 2026, at 10:00 a.m. before Honorable Judge Craig S. Denney (ECF #12).

The reason for this request is that Defendant John Robey has not yet been served. The parties have met and conferred and, based upon Mr. Robey being a named defendant with respect to the assault and battery claims, along with Chewy, in addition to the negligent supervision claim against Chewy involving conduct by Mr. Robey, the ENE would be most effective after Mr. Robey has been served and can participate in the ENE session.

Counsel for the parties certify that they met and conferred and request that the ENE be re-set for a date following service upon Mr. Robey, and that the parties will update the Court in thirty

LITTLER
MENDELSON, P.C.
200 S. Virginia Street
8th Floor
Reno, NV 89501.1944
775.348.4888

days, by June 27, 2026, on the status of service, and provide five alternative dates for the ENE to be rescheduled.

The parties understand that the 90-day deadline to conduct the ENE is approaching, but submit to the Court that this extension is sought in good faith and not for the purpose of undue delay. The extension is sought solely for the purpose of obtaining an opportunity for an ENE that may result in a complete resolution of the matter.

Dated: May 27, 2026                                   Dated:  May 27, 2026

Respectfully submitted,                            Respectfully submitted,

*/s/ Marian L. Massey*                             */s/  Karyn M. Taylor, Esq.*
Jemma E. Dunn, Esq.                            Karyn M. Taylor, Esq.
Matthew T. Hale, Esq.                          Dominika J. Batten, Esq.
Marian L. Massey, Esq.                         LITTLER MENDELSON, P.C.
GREENBERG GROSS LLP

                                                               Attorney for Defendant
Attorneys for Plaintiff                            CHEWY, INC.
ANNA ROMEO


                                                      **IT IS SO ORDERED.**


                                                      _____
                                                      UNITED STATES MAGISTRATE JUDGE

                                                      Dated: <u>May 27, 2026.</u>

4902-6079-2240.1 / 112003.1218

LITTLER
MENDELSON, P.C.
200 S. Virginia Street
8th Floor
Reno, NV 89501.1944
775.348.4888

2