Karyn M. Taylor, Esq.
Nevada Bar No. 6142
Luke W. Molleck, Esq.
Nevada Bar No. 14405
LITTLER MENDELSON, P.C.
5470 Kietzke Lane
Suite 300
Reno, NV 89511
Telephone: 775.348.4888
Facsimile: 775.786.0127
kmtaylor@littler.com
lmolleck@littler.com

Attorneys for Defendant
CHEWY, INC.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

ANNA ROMEO, an individual,

Plaintiff,

v.

CHEWY, INC., a Delaware corporation; JOHN ROBBY, an individual,

Defendants.

Case No. 3:26-cv-00036-ART-CLB

**ORDER GRANTING MOTION TO REMOVE COUNSEL DOMINIKA J. BATTEN FROM THE CM/ECF SERVICE LIST**

Defendant CHEWY, INC. ("Defendant" or "Chewy") hereby moves this Court for an Order removing Dominika J. Batten, Esq. from the electronic service list for this case.

Ms. Batten is no longer affiliated with Littler Mendelson P.C. as of July 28, 2026 and, therefore, no longer represents Defendant CHEWY, INC. and will no longer be involved in this matter. As such, Defendant respectfully requests that this Court grant an Order removing her from the electronic service list for this case.

Dated: July 28, 2026

LITTLER MENDELSON, P.C.

*/s/ Karyn M. Taylor*
Karyn M. Taylor, Esq.
Luke W. Molleck, Esq.

Attorneys for Defendant
CHEWY, INC.

IT IS SO ORDERED.

UNITED STATES MAGISTRATE JUDGE
Dated: July 28, 2026.